Mark D. Flanagan (SBN 130303)
Mark.Flanagan@wilmerhale.com
Joseph F. Haag (SBN 248749)
Joseph.Haag@wilmerhale.com
S. Dennis Wang (SBN 261296)
Dennis.Wang@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

James M. Dowd (SBN 259578)
James.Dowd@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5393
Fax: (213) 443-5400

*Attorneys for Defendant
Sony Interactive Entertainment LLC*

Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
Max L. Tribble, Jr. (CA SBN 326851)
mtribble@susmangodfrey.com
Krysta Kauble Pachman (SBN 280951)
kpachman@susmangodfrey.com
Jesse-Justin Cuevas (CA SBN 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Michael F. Heim (TX SBN 9380923)
Eric Enger (TX SBN 24045833)
Blaine Larson (TX SBN 24083360)
**HEIM, PAYNE & CHORUSH, LLP**
111 Bagby St., Suite 2100
Houston, Texas 77002
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
Telephone: (7136) 221-2000
Facsimile: (713) 221-2021

*Attorneys for Plaintiff Intellectual Pixels Limited*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| INTELLECTUAL PIXELS LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>  Defendant. | Case No. 8:19-cv-01432-JVS-KES<br><br>**STIPULATION OF NON-INFRINGEMENT** |

Plaintiff Intellectual Pixels Limited ("Plaintiff" or "IPL") and Defendant Sony Interactive Entertainment LLC ("Defendant" or "SIE"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff filed its Amended Complaint on January 7, 2020 (Dkt. No. 69) asserting infringement of, *inter alia*, U.S. Patent Nos. 7,587,520 (the "'520 patent"), 8,131,826 (the "'826 patent"), and 9,699,238 (the "'238 patent");

WHEREAS each claim of the '520, '826, and '238 patents recites "image-modifying data";

WHEREAS the Court has construed "image-modifying data" to require "data that directly instructs the server how the image should be modified, such that the server makes no decisions about how the image should be modified" (Dkt. No. 104 at 14); and

WHEREAS the parties stipulate and agree that SIE's accused products do not practice the '520, '826, and '238 patent claims' "image-modifying data" requirement as the Court has construed that term;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. Judgment of non-infringement should enter as to: (a) paragraphs 41-54, 60-69, and 71 of IPL's First Amended Complaint For Patent Infringement (Dkt. No. 69) insofar as they allege, an only insofar as they allege, infringement of the '520, '826, and '238 patents; and (b) Counts I, III, and VII of SIE's Counterclaim (Dkt. No. 81) asserting non-infringement of the '520, '826, and '238 patents.

2. Counts II, IV, and VIII of SIE's Counterclaim (Dkt. No. 81) asserting invalidity of the '520, '826, and '238 patents should be dismissed without prejudice.

3. This stipulation shall be inadmissible at trial and neither party will reference this stipulation or the fact that IPL stipulated to non-infringement of the '520, '826, and '238 patents before the jury at trial.

Dated: September 10, 2020

Respectfully submitted,

By: */s/ Kalpana Srinivasan*

Kalpana Srinivasan (CA SBN 237460)
ksrinivasan@susmangodfrey.com
Max L. Tribble, Jr (CA SBN 326851)
mtribble@susmangodfrey.com
Krysta Kauble Pachman (CA SBN 280951)
Jesse-Justin Cuevas (CA SBN 307611)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Michael F. Heim
mheim@hpcllp.com
Eric J. Enger
eenger@hpcllp.com
Blaine Larson
blarson@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby St., Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

*Attorneys for Plaintiff Intellectual Pixels Limited*

By: */s/ Mark Flanagan* .

Mark D. Flanagan (CA SBN 130303)
mark.flanagan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6047
Facsimile: (650) 858-6100

James M. Dowd (CA SBN 259578)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendant Sony Interactive Entertainment LLC*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatures listed in this document, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Mark Flanagan*
Mark D. Flanagan

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via e-mail on September 10, 2020.

                                           */s/ Henry Nikogosyan*
                                           Henry Nikogosyan